In my direction, and in the minds of others, I review the order of the deceased in the United States of America. I review the order and observe that there was no discussion of the actual purpose of this practice, nor was there any intention to demonstrate that this order was in the interest of any one individual. I try not to think of any individual's strengths and weaknesses or self-sacrifices. This is a source of mental stress. I think it's necessary to recognize that these mental stresses are considered to be a major concern. Good. Thank you so much. I'm going to turn it over to you for a question. I'm going to turn it over to you for a question. I just want to ask if you have any specific questions or suggestions that you would like to know more about. In terms of the strategy of the deceased, I'm going to turn it over to Dr. Robert Ford, Director of the New York State Department of Justice. Dr. Ford, you're next. Thank you, Jesus. I'm going to turn it over to you.  H. Robert, in your registrations, you have specified that you would be required to report your motion to the Supreme Court as well as to file your original registration, your previous registration, and your current registration documents. I understand. You must have received your most recent registration in your previous residence. Of course, your most recent registration is required to file your form for, and therefore, the court has an advantage here. Due to the aforementioned opportunity to express its support for the U.S. Supreme Court, I would like to ask you to report your motion to the Supreme Court. I believe the purpose of the motion is to reassure you that the Supreme Court will have the final say on the judge's choice. Therefore, in this case, you are due to submit to the Supreme Court's judgment. Of course, as you can see from the previous registration documents, you must receive the motion from the appropriate individual who wants to submit the motion to the Supreme Court. And let me say, I think Jennifer's honest asking pretty straightforward questions about this particular issue. Is there anything further you would like to just say about the motion? In your mouth, did you just lie? You didn't say exactly why all the spirits would be involved in the loss. Is there anything more you want to say about that? Yes, Your Honor. I think that this court gave me guidance on what it needs to do. It's been convenient for me to submit to the Supreme Court to ensure that it turns into a purpose. Also, Your Honor, I mean, that's part of the problem with all of this is that the way you, in the way you've really set this case, you've set this as a general jurisdiction case. In other words, we're not looking for a specific jurisdiction here. We're looking at this as a general jurisdiction. And so, therefore, we have in front of us a general jurisdiction case because that's the way you've planned it. So, therefore, I look at general jurisdiction stuff, and I look at the standard if you will for general jurisdiction. And I'm just trying to make sure it's the truth that neither defendant is incorporated into the individual state's jurisdiction. Neither defendant has an entity, neither does either entity have its principal case of business here. Also, Your Honor, as you know, I couldn't find anything in there that's used in the principal case of business here. It's not clear where, basically, that's why I'm asking this question. So, Your Honor, I'm just trying to make sure it's the truth that neither defendant has an entity, neither does either entity have its principal case of business here. And also, Your Honor, I also understand that neither entity maintains its offices or bank accounts in the U.S. Then, in the jury process, I look at the characterizations of each individual, and neither entity has an authority. It's critical that you have employees in the United States that you put these particular clients on a registered agent here. You're trying to figure out if they've been paid or been required to pay taxes in the U.S. here. Yes, Your Honor. So, Your Honor, they registered their license to do business here. They've maintained all registrations. I'll give you some say on the license for a registered agent to do business here. Yes, Your Honor. But, Your Honor, frankly, I was looking at the record because I didn't know what the standard of review was. So, then, how, in this case, any difference in the amount of money brings home? Yes, Your Honor. This case, the Phoenix photo, is certainly well-known to me. It's about general jurisdiction. And we, in that particular case, there was no general jurisdiction. I believe that the client's recipients of the report for the record, those members who were on the screen, there's this client of ours. She did this for the U.S. purposes. She did this for the U.S. purposes. The forum for these purposes is the United States. It's a particular system. The reason I'm asking these things is because I want to find it in the record. I understand what you're saying, but you understand that in many groups, all the foreign companies can allow third parties to advertise jobs, hotels, and vacations in California on the website. They allow third-party vendors to sell tickets to California events on the website. They employ the California firm to design websites and business relationships with the client's website. There was no general jurisdiction. This is just a specific case. This is a very specific case. In this case, there was no stationary third-party support for any kind of a forum. There was no physical third-party support for any kind of a forum. There were members of the system. And the forum was set up on their premises. This is not a team. We're not strangers. This is not a team. We set up the forum. This is a place of commerce. It's a place of service. It's a place of commerce. It's a place of all things. There were never any third-party support. There was never any other third-party. This is not a parody. The reason I say this is that we're trying to compare these two cases that we have. We have Vancouver Master v. Augusta. There, we said general jurisdiction was lacking because the foreign corporation was not a registered license to the business, had not paid taxes, maintained a bank account, did not target the average reason one can go to control in court. And we find, again, we said there's not a general jurisdiction because the forum setting was on Spain. So, I'm going through all this stuff, and I'm saying to myself, it needs a little bit of this general jurisdiction. I don't think I can do it. We're not friends. So, I don't know why I'm wrong. The reason I don't agree is that those cases were very much centered on the West's crisis. It's hard to compare it as opposed to the U.S. crisis, the significant U.S. crisis that occurs on the region. It's a unified, independent, domestic crisis. Those cases are square. There are similar cases. It's a huge crisis. It's a tragedy. But, first of all, there are different types of response that's there. You should have had a superior professional strategist, or whatever other registrations that they have. The problem is you're a threat to the public. You're a threat to the public. Some jurisdictions, especially with respect to prosecuting those particular issues, will be jailed. It's a huge tragedy. They stand back to their strengths. It's a huge policy case. It's meant to show that this is a policy case. Part of it is that this is a policy case. That we need to work in a strategy. That this is a very robust international operation. That the federal government is working together. That under no circumstances should a state jurisdiction be required here. I'm opposed to this. This is a policy case. Under a number of cases, which I'll go into in a second, we have no current data for scope of this. I have a response chart. So, I said something. And here is what we can do about it. Yes. Okay. Okay. Yes.
judges: Berzon, N.R. Smith, Christensen